**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ABDU AL-QADER HUSSAIN AL-
MUDAFARI, *et al.*,

       Petitioners,

     v.

BARACK OBAMA, *et al.*,

       Respondents.

:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 05-2185 (JR)

### ORDER

Upon review of Petitioner's request for production of documents and Respondents' opposition, requests 4-7 are **denied**, and requests 1-3 are **denied without prejudice** to a further motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse.

The parties are directed to meet and confer and propose a schedule for going forward, now that the questions about Petitioner's representation have been resolved.

It is **SO ORDERED.**

                        JAMES ROBERTSON
              United States District Judge